NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  SERGEY TARASENKO, DOUGLAS ALLBRITTON, LEONID PODOSHEV, GUY FONTAINE, RUSSELL MARKY, JINGNI LI, MICHAEL SADOWSKI,**

*Appellants*

---

2019-1453

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/678,021.

---

## JUDGMENT

---

ROBERT BAUER, Bauer Law Offices, Pittsburgh, PA, argued for appellants.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 7, 2020                    /s/ Peter R. Marksteiner
Date                                         Peter R. Marksteiner
                                                 Clerk of Court